```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MATTHEW GINSBERG, individually and
on behalf of a class of similarly
situated individuals,                           ORDER

                Plaintiff,              20 Civ. 9742 (NRB)

        - against –

CC VENDING, INC. and HEARTLAND
PAYMENT SYSTEMS, LLC,

                Defendants.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court has reviewed defendant Heartland Payment System LLC's letter dated December 16, 2020 regarding a pre-motion conference in anticipation of motion to dismiss plaintiff's amended complaint and plaintiff's letter dated December 30, 2020 in response. A telephonic conference concerning the contemplated motion is hereby set for **January 13, 2021 at 11:30 a.m.** The Court will post the dial-in information to the docket in advance of the conference.

**SO ORDERED.**

Dated:   New York, New York
         January 4, 2021

                                        _____
                                           NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE