**SAUL EWING ARNSTEIN & LEHR** LLP

Ryan L. DiClemente
Phone: (609) 452-5057
Fax: (609) 452-3122
Ryan.DiClemente@saul.com
www.saul.com
Our File No. 369653.00020

January 7, 2021

> Application granted. The conference is adjourned until January 19, 2021 at 10:30 a.m.
> **SO ORDERED.**
>
> /s/ Naomi Reice Buchwald
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
> Dated:  New York, New York
>           January 7, 2021

<u>VIA ECF</u>
The Honorable Naomi Reice Buchwald
Attn: Dylan M. Aluise, Law Clerk
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  Ginsberg v. CC Vending, Inc. et al.
     Case No.: 1:20-cv-09742-NRB

Dear Judge Buchwald:

Saul Ewing Arnstein & Lehr LLP represents Defendant Heartland Payment Systems, LLC ("HPS") in the above matter. HPS respectfully requests that the pre-motion conference currently scheduled for January 13, 2021 at 11:30 a.m. be rescheduled for January 19, 2021 between 10:30 a.m. and Noon. We have conferred with opposing counsel regarding this request and the new proposed date and time and they have consented to same.

Thank you for your courtesy.

Respectfully submitted,

/s/Ryan L. DiClemente
Ryan L. DiClemente

cc:  All Counsel of Record (via ECF)

650 College Road East, Suite 4000 ♦ Princeton, NJ 08540-6603 ♦ Phone: (609) 452-3100 ♦ Fax: (609) 452-3122

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP